UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-01018-FWS-KES                        Date: September 9, 2024

Title: J and J Acquisition Partners Inc. v. Qwik Home Offer, LLC, *et al*.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT MOTION FOR PRELIMINARY INJUNCTION [27]**

In this case, Plaintiff J and J Acquisition Partners, Inc., d/b/a Quick Home Offers ("Plaintiff") alleges Defendants Qwik Home Offer, LLC, Sam Zipp, Wes Mcanally, and Deborah See ("See") (collectively, "Defendants") infringed Plaintiff's trademark. (*See generally* Dkt. 23 (First Amended Complaint).) On August 5, 2024, Plaintiff filed a Motion to Enter a Permanent Injunction against See ("Motion" or "Mot."). (Dkt. 27.) On August 12, 2024, however, the parties filed a Joint Motion to Set Aside Dismissal and For Entry of Permanent Injunction Against Defendant Deborah See ("Stipulation" or "Stip."). (Dkt. 29.) In the Stipulation, Plaintiff and See "agree to settle and resolve this matter as to Deborah See only," and essentially stipulate to the court's issuance of the relief requested in the Motion. (Stipulation at 1.) Based on the files and records in this case, as applied to the applicable law, and for the good cause demonstrated in the Stipulation, the Motion is **DENIED AS MOOT**, and the hearing on the Motion scheduled on September 11, 2024, at 10:00 a.m., in Courtroom 10D, is **VACATED**. The court will issue a permanent injunction against See consistent with the Stipulation in a subsequent order.

Initials of Deputy Clerk: mku