# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| J&J ACQUISITION PARTNERS, INC., dba QUICK HOME OFFERS,<br><br>Plaintiff,<br><br>vs.<br><br>QWIK HOME OFFER, LLC; SAM ZIPP; WESLEY JARED McANALLY; DEBORAH MICHELLE SEE; and DOES 1-10,<br><br>Defendants. | Case No. 8:24-cv-1018 FWS-KES<br><br>**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS QWIK HOME OFFER, LLC, SAM ZIPP, WES MCANALLY** |

    In this case, Plaintiff J&J Acquisition Partners, Inc., doing business as Quick Home Offers ("Plaintiff") asserts that Defendants Quik Home Offer, LLC ("Quik Home Offer"), Sam Zipp ("Zipp"), Wesley Jared McAnally ("McAnally"), and Deborah Michelle See ("See") infringe Plaintiff's registered trademark. (Dkt. 23 (First Amended Complaint) ¶¶ 12-17.) Consistent with the court's Order Granting Unopposed Motion for Entry of Permanent Injunction Against Defendants Quik Home Offer, LLC, Sam Zipp, Wes McAnally by Stipulation, the court **ORDERS** the following Permanent Injunction:

1. Defendants QWIK HOME OFFER, LLC, SAM ZIPP, and WESLEY JARED McANALLY are barred forever from advertising, soliciting, marketing, selling, offering for sale or otherwise using in the United States, the names Qwik Home Offer, LLC, Qwik Home Offer, Qwik Home Buyer, and Qwik Buyer, and any name, logo, representation, orthographic variation, and/or mark which is the same or substantially similar to the trademarks registered by Plaintiff J&J ACQUISITION PARTNERS, INC., "QUICK HOME OFFERS", Nos. 7221693 and 4848307;

2. Defendants QWIK HOME OFFER, LLC, SAM ZIPP, and WESLEY JARED McANALLY further agree that each of them is prohibited from contacting or otherwise engaging any third parties to advertise, solicit, market, sell, offer for sale or otherwise use in the United States the trademarks registered by Plaintiff J&J ACQUISITION PARTNERS, INC., "QUICK HOME OFFERS", Nos. 7221693 and 4848307; and,

3. Defendants QWIK HOME OFFER, LLC, SAM ZIPP, and WESLEY JARED McANALLY agree none of them shall represent himself or itself in the United States as owner of the trademarks registered by Plaintiff J&J ACQUISITION PARTNERS, INC., "QUICK HOME OFFERS", Nos. 7221693 and 4848307.

**IT IS SO ORDERED.**

Dated: March 21, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE